IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**STEPHEN ARNOLD CROOK**   **PLAINTIFF**

V.   **CASE NO. 4:17-CV-327 JM/BD**

**THRICE, et al.**   **DEFENDANTS**

## ORDER

The Court has received a Partial Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

The Medical Defendants' motion for summary judgment (docket entry #20) is GRANTED, in part, and DENIED, in part. Mr. Crook's claims against Defendant Mullins are DISMISSED, without prejudice. He may proceed with his remaining claims.

IT IS SO ORDERED, this 20th day of October, 2017.

_____
UNITED STATES DISTRICT JUDGE