## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

STEPHEN ARNOLD CROOK                                    PLAINTIFF

V.                          CASE NO. 4:17-CV-327 JM-BD

THRICE, et al.                                         DEFENDANTS

## ORDER

The Court has received a Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Defendant Griffin's motion for judgment on the pleadings (docket entry #30) is GRANTED, in part, and DENIED, in part. Mr. Crook's claims for money damages against Defendant Griffin in his official capacity are DISMISSED, with prejudice. Mr. Crook may proceed on his claims against Defendant Griffin in his individual capacity.

IT IS SO ORDERED, this 28th day of December, 2017.

_____
UNITED STATES DISTRICT JUDGE