IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

STEPHEN ARNOLD CROOK                                                    PLAINTIFF

V.                     CASE NO. 4:17-CV-327-JM-BD

THRICE, et al.                                                         DEFENDANTS

## ORDER

The Court has received a Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

The Defendants' motions to dismiss (docket entries #34, #36) are GRANTED. Mr. Crook's claims are DISMISSED, without prejudice, based on his failure to prosecute this lawsuit, and his failure to respond to the Court's February 28, 2018 Order. The Clerk is directed to close this case.

IT IS SO ORDERED this 17th day of April, 2018.

_____
UNITED STATES DISTRICT JUDGE